PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-po-00568-CKD |
| Plaintiff, | ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | |
| MARIA T. BARRAZA, | DATE: May 18, 2023<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice the violation notice in Case Number 2:20-po-00568-CKD is GRANTED.

It is further ordered that the status conference scheduled on May 18, 2023, at 9:30 a.m. is vacated.

IT IS SO ORDERED.

Dated:  May 1, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE